**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MED-IM DEVELOPMENT, INC., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-07-1618 |
| GENERAL ELECTRIC CAPITAL CORP,. *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER FOR HEARING**

1. A hearing will be held on:

**October 4, 2007**
at **11:00 a.m.**
before Judge Lee H. Rosenthal
in Courtroom 11-B, 11th Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

2. The court will hear argument on the pending motions. The initial pretrial and scheduling set for September 28, 2007 is canceled.

SIGNED on September 24, 2007, at Houston, Texas.

_____
Lee H. Rosenthal

                                              United States District Judge