IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MED-IM DEVELOPMENT, INC., *et al.*, | § § § § § § § § § § § | |
| Plaintiffs, | | |
| VS. | | CIVIL ACTION NO. H-07-1618 |
| GENERAL ELECTRIC CAPITAL CORP,. *et al.*, | | |
| Defendants. | | |

## ORDER GRANTING DEFENDANT GENERAL ELECTRIC MEDICAL SYSTEMS INFORMATION TECHNOLOGIES' MOTION TO COMPEL ARBITRATION

General Electric Medical Systems Information Technologies ("GEMSIT") filed a motion to compel arbitration of the claims filed against it by the plaintiffs, Med-IM Development, Inc., *et al.* (Docket Entry No. 17). The plaintiffs initially opposed the motion (Docket Entry No. 19), but subsequently withdrew their objection, (Docket Entry No. 30). Accordingly, the motion to compel is granted under section 4 of the Federal Arbitration Act, 9 U.S.C. § 4. The litigation as to GEMSIT is stayed pending the outcome of the arbitration.

SIGNED on October 9, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge