IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MED-IM DEVELOPMENT, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-1618 |
| | § | |
| GENERAL ELECTRIC CAPITAL CORP,. *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER ADMINISTRATIVELY CLOSING CASE

Based on this court's memorandum and order staying the litigation between Med-IM and GECC pending the outcome of Med-IM's arbitration with GEMSIT, this case is administratively closed. It may be reinstated on this court's active docket by motion filed within 30 days after the arbitration is decided.

SIGNED on April 2, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge